UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | EDCV 18-0176-CAS (JEM) | Date | March 14, 2018 |
|---|---|---|---|
| Title | Randy Ty'Rice Shaw v. Mary Mitchell, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On January 26, 2018, Randy Ty'Rice Shaw ("Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint") as well as a Request to Proceed Without Prepayment of Filing Fees ("IFP Request"). (Docket Nos. 1 & 2.) That same day, the Court mailed to Plaintiff a Notice of Judge Assignment and Reference to a United States Magistrate Judge ("Notice of Assignment"). (Docket No. 3.) On February 15, 2018, the Notice of Assignment was returned to the Court by the United States Postal Service ("USPS") as undeliverable.

On February 6, 2018, the Court issued an Order denying Plaintiff's IFP Request with leave to amend within thirty days. On March 1, 2018, the Order was returned to the Court by USPS as undeliverable.

Local Rule 41-6 requires Plaintiff, *inter alia*, to keep the Court and opposing parties apprised of his current address. It further provides: "If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution." Plaintiff has failed to comply with Local Rule 41-6 and, therefore, this action is subject to dismissal for lack of prosecution.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order to Show Cause no later than **March 28, 2018**. Plaintiff may respond to this Order to Show Cause by providing the Court with his corrected mailing address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 18-0176-CAS (JEM) | Date | March 14, 2018 |
|---|---|---|---|
| Title | Randy Ty'Rice Shaw v. Mary Mitchell, et al. | | |

Plaintiff's failure to respond in writing to this Order to Show Cause by the deadline shall result in a recommendation that this action be dismissed for failure to prosecute.

No extension of this deadline will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slo |