# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY TY'RICE SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>MARY MITCHELL, et al.,<br><br>        Defendants. | Case No. EDCV 18-00176-CAS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Defendants' motions to dismiss the First Amended Complaint or, in the alternative, for summary judgment are GRANTED; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: November 8, 2019

                                          CHRISTINA A. SNYDER
                                          UNITED STATES DISTRICT JUDGE