JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY TY'RICE SHAW,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARY MITCHELL, et al.,<br><br>　　　　　　Defendants. | Case No. EDCV 18-00176-CAS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 8, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE